**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**DAWN RENEE WILSON, an individual d/b/a
"DReneeWilson"**

       Plaintiff,

    v.

**HANNAH FISHER, an individual d/b/a
"HannahFisherUK" & DAO CAM TU, an
individual d/b/a "CamTuCo"**

       Defendant(s).

Case No.:

_____/

**COMPLAINT FOR COPYRIGHT INFRINGEMENT
(DEMAND FOR JURY TRIAL)**

Plaintiff Dawn Renee Wilson ("Plaintiff" or "Mrs. Wilson") hereby brings this Complaint against Defendant Hannah Fisher, individually and doing business under the name "HannahFisherUK"  and Defendant Dao Cam Tue, individually and doing business as CamTuCo, (collectively "Defendants") and alleges as follows:

1

Case 6:26-cv-01198-AGM-RMN    Document 1    Filed 05/28/26    Page 2 of 14 PageID 2

## NATURE OF THE ACTION

1. This is a civil action for copyright infringement arising under the Copyright Act of the United States, 17 U.S.C. §§ 101 et seq. Plaintiff seeks injunctive relief, statutory damages, attorney's fees, and costs arising from Defendants' unauthorized reproduction, distribution, and sale of Plaintiff's original copyrighted artwork.

2. Defendants have copied, reproduced, and sold Plaintiff's original copyrighted artwork - a decorative decal for national park annual pass card sleeves - without Plaintiff's authorization, consent, or license, and without any compensation to Plaintiff. Defendants have further filed fraudulent DMCA counter-notices with Etsy, Inc. in order to restore their infringing listings and continue profiting from Plaintiff's creative work.

## PARTIES

3. Plaintiff Dawn Renee Wilson is an individual residing at 2145 Friar Tuck Lane, Orange City, Florida 32763. Mrs. Wilson is an independent visual artist who creates and sells original artwork, including the work at issue in this action. Mrs. Wilson operates an Etsy shop under the name "DReneeWilson".

4. Defendant Hannah Fisher is an individual residing at 1/2 713 Pollokshaws Road, Glasgow, Scotland, United Kingdom, Postal Code G41 2AA. Hannah

2

Fisher operates an Etsy shop under the name "HannahFisherUK," through which she sells unauthorized reproductions of Plaintiff's copyrighted works to customers in the United States and worldwide.

5. Defendant Dao Cam Tu is an individual residing at 8 Nguyen Hoi, Pham Ngu Lao, Hai Duong, Vietnam 170000. Dao Cam Tue operates an Etsy shop under the name "CamTuCo," through which they sell unauthorized reproductions of Plaintiff's copyrighted works to customers in the United States and worldwide.

## JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § 1338(a) (original jurisdiction over copyright claims).

7. This Court has personal jurisdiction over Defendant Hannah Fisher. Defendant has expressly consented to the jurisdiction of United States federal courts by filing a counter-notification pursuant to 17 U.S.C. § 512(g)(3) with Etsy, Inc. on or about May 16, 2025. Pursuant to 17 U.S.C. § 512(g)(3)(D), a valid counter-notification must include a statement that the subscriber "consents to the jurisdiction of the Federal District Court for the judicial district in which the address is located, or if the subscriber's address is outside of the United States, for any judicial district in which the service

3

provider may be found." By filing her counter-notification, Defendant has irrevocably consented to personal jurisdiction in this Court.

7. This Court has personal jurisdiction over Defendant Dao Cam Tu. Dao Cam Tu has expressly consented to the jurisdiction of United States federal courts by filing a counter-notification pursuant to 17 U.S.C. § 512(g)(3) with Etsy, Inc. on or about May 16, 2025. Pursuant to 17 U.S.C. § 512(g)(3)(D), a valid counter-notification must include a statement that the subscriber "consents to the jurisdiction of the Federal District Court for the judicial district in which the address is located, or if the subscriber's address is outside of the United States, for any judicial district in which the service provider may be found." By filing her counter-notification, Defendant has irrevocably consented to personal jurisdiction in this Court.

8. Additionally, this Court has personal jurisdiction over Defendants because they have purposefully availed themselves of the privilege of conducting activities in the United States by operating a commercial storefront on Etsy, Inc., a United States-based e-commerce platform, actively soliciting and transacting with United States customers, and directing their infringing activities toward United States consumers, including consumers in the State of Florida.

4

9. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1400(a) because Plaintiff resides in this district and the harm to Plaintiff has been felt in this district. Venue is further proper because Etsy, Inc., upon whose platform Defendant filed her counter-notification, conducts substantial business in this district.

## FACTUAL ALLEGATIONS

### A. Plaintiff's Original Copyrighted Artwork

10. Plaintiff Dawn Renee Wilson is a professional visual artist who creates original artwork sold through her own Etsy storefront and other online and retail channels.

11. Plaintiff is the author and sole owner of an original two-dimensional artwork titled and identified as "DT Clown DReneeWilson" (hereinafter the "Work"). The Work is a decorative decal designed for use on clear card sleeves for national park annual passes, featuring Plaintiff's original artistic expression.

12. Plaintiff has registered the Work with the United States Copyright Office. The Work is the subject of Copyright Registration No. VA 2-501-968, duly issued by the United States Copyright Office. A copy of the certificate of registration is attached hereto as Exhibit A.

5

13. The Work is entirely original and constitutes copyrightable subject matter under the laws of the United States, 17 U.S.C. § 102.

## B. Defendant's Infringing Conduct

13. On or about May 14, 2025, Plaintiff discovered that Defendant Hannah Fisher was reproducing, distributing, and selling unauthorized copies of the Work through Defendant's Etsy storefront operating under the name "HannahFisherUK".\

14. On or about May 14, 2025, Plaintiff discovered that Defendant Dao Cam Tu was reproducing, distributing, and selling unauthorized copies of the Work through Defendant's Etsy storefront operating under the name "CamTuCo".

15. Defendants reproduced Plaintiff's Work and offered it for sale as a decal product without any authorization, license, or permission from Plaintiff.

16. Defendants have never been licensed or otherwise authorized by Plaintiff to reproduce, distribute, display, sell, or otherwise use the Work in any manner.

## C. DMCA Notice and Fraudulent Counter-Notification

17. On or about May 14, 2025, Plaintiff notified Etsy, Inc. of the infringement of the Work. Etsy, Inc. transmitted a DMCA takedown notice to Defendant on or about May 15, 2025, resulting in the removal of Defendant's infringing listing.

6

18. On or about May 16, 2025, Defendants filed a counter-notification with Etsy, Inc. pursuant to 17 U.S.C. § 512(g). In filing said counter-notification, Defendant submitted a statement under penalty of perjury that the material was removed as a result of mistake or misidentification - a statement Plaintiff alleges to be false.

19. By filing the counter-notification, Defendants expressly consented to the jurisdiction of this Court as required by 17 U.S.C. § 512(g)(3)(D).

20. Plaintiff timely files this action within the applicable window following receipt of Defendants' counter-notification, in order to prevent Etsy, Inc. from restoring Defendants infringing listing pursuant to 17 U.S.C. § 512(g)(2)(C).

## CLAIM FOR RELIEF
## COUNT I — COPYRIGHT INFRINGEMENT – AGAINST BOTH DEFENDANTS
### (17 U.S.C. §§ 106, 501)

21. Plaintiff repeats and realleges each and every allegation set forth in paragraphs 1 through 20 above as if fully set forth herein.

22. Plaintiff is the owner of a valid, registered copyright in the Work, Registration No. VA 2-501-968.

23. Defendants have infringed Plaintiff's copyright in the Work by reproducing, distributing, displaying, and selling copies of the Work without authorization, in violation of 17 U.S.C. §§ 106(1), 106(3), and 106(5).

24. Defendants' infringement was willful within the meaning of 17 U.S.C. § 504(c)(2), as Defendants engaged in the infringing conduct deliberately. Evidence of willfulness includes, without limitation: (a) Defendants filing of a fraudulent DMCA counter-notification to restore her infringing listing after receiving notice of infringement; and (b) the commercial nature of Defendants infringing activity.

25. As a direct and proximate result of Defendants' willful infringement, Plaintiff has suffered and continues to suffer substantial harm, including loss of revenue, loss of market share, and injury to Plaintiff's reputation and goodwill.

26. Plaintiff is entitled to elect statutory damages pursuant to 17 U.S.C. § 504(c). In the event Defendants infringement is found to be willful, Plaintiff is entitled to statutory damages of up to $150,000.00 per infringed work.

27. Plaintiff is also entitled to an award of attorney's fees and costs pursuant to 17 U.S.C. § 505.

28. Unless enjoined by this Court, Defendants will continue to infringe Plaintiff's copyright, causing irreparable harm for which Plaintiff has no adequate remedy at law.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Dawn Renee Wilson respectfully requests that this Court

enter judgment in her favor and against Defendants, and grant the following relief:

A. A preliminary and permanent injunction enjoining Defendants, their agents,

employees, and all persons acting in concert or participation with her, from

reproducing, distributing, displaying, selling, offering for sale, or otherwise

using Plaintiff's copyrighted Work or any substantially similar works;

B. An order requiring Etsy, Inc. to maintain the removal of Defendants

infringing listing and to provide Plaintiff with all records relating to

Defendants sales of the infringing products;

C. An order requiring Defendants to deliver up for destruction all copies of the

infringing works in Defendants' possession, custody, or control, pursuant to

17 U.S.C. § 503;

D. Statutory damages in an amount up to $150,000.00 per infringed work for

Defendants willful copyright infringement pursuant to 17 U.S.C. § 504(c);

E. An award of Plaintiff's reasonable attorney's fees and full costs pursuant to

17 U.S.C. § 505;

F. Pre-judgment and post-judgment interest at the maximum rate permitted by

law;

G. Such other and further relief as the Court deems just and proper.

9

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff hereby

demands a trial by jury on all issues so triable.

Respectfully submitted,

/s *Brian D. Horwitz*
Brian Horwitz for Plaintiff
Dawn Renee Wilson
Vatic Law, LLC
Florida Bar # 0037077
5019 Saint Denis Court
Belle Isle, FL 32812
407-373-9690
BHorwitz@vaitclaw.com

## VERIFICATION

I, Dawn Renee Wilson, declare under penalty of perjury under the laws of the
United States of America that I have read the foregoing Complaint and that the
facts stated therein are true and correct to the best of my knowledge and belief.

Executed on: 05/28/2026

/s *Dawn Renee Wilson*
Dawn Renee Wilson
2145 Friar Tuck Lane
Orange City, Florida 32763

# Exhibit "A"

**Registration #:**   VA0002501968
**Service Request #:**   1-15164735191

## Mail Certificate

Dawn Renee Wilson
2145 Friar Tuck Lane
Orange City, FL 32763 United States

**Priority:**   Special Handling        **Application Date:**   May 16, 2026

**Note to C.O.:** Dawn Renee Wilson is my wife.

## Correspondent

**Name:**   Matthew Renee Hamel
**Email:**   matthewbhamel@gmail.com
**Telephone:**   (407)756-5385
**Address:**   2145 Friar Tuck Lane
Orange City, FL 32763 United States

**Registration Number**

# VA 2-501-968

**Effective Date of Registration:**
May 16, 2026
**Registration Decision Date:**
May 18, 2026

## Copyright Registration for a Group of Two-Dimensional Artwork

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For 2D Artwork Published:**   February 07, 2026 to April 23, 2026

## Title

| | |
|---|---|
| **Title of Group:** | Etsy 2d Art Publications |
| **Number of 2D Artworks in Group:** | 4 |

- **2D Artwork Title:** DT_Clown_DReneeWilson
  **Published:** February 2026

- **2D Artwork Title:** Bear_Decal_DReneeWilson
  **Published:** February 2026

- **2D Artwork Title:** ASL_DReneeWilson
  **Published:** March 2026

- **2D Artwork Title:** Jail_Cell_Decal_DReneeWilson
  **Published:** April 2026

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2026 |
| **Earliest Publication Date in Group:** | February 07, 2026 |
| **Latest Publication Date in Group:** | April 23, 2026 |
| **Nation of First Publication:** | United States |

## Author

- **Author:** Dawn Renee Wilson
  **Author Created:** Two-Dimensional Artwork
  **Citizen of:** United States

Page 1 of 2

## Copyright Claimant

      **Copyright Claimant:**  Dawn Renee Wilson
                                          2145 Friar Tuck Lane, Orange City, FL, 32763, United States

## Rights and Permissions

      **Name:**  Matthew Barry Hamel
      **Email:**  matthewbhamel@gmail.com
      **Telephone:**  (407)756-5385
      **Address:**  2145 Friar Tuck Lane
                       Orange City, FL 32763 United States

## Certification

      **Name:**  Matthew Hamel
      **Date**:  May 16, 2026

      **Copyright Office notes:**  Regarding group registration:  A group of two-dimensional artwork may be registered in Class VA under 202.4 if the following requirements have been met: (1) Each work must be a two-dimensional artwork, (2) the group may include up to 20 works, (3) all the works must be published within the same calendar year, and the application must identify the earliest and most recent publication date, (4) a title must be provided for each work and for the group as a whole, (5) all the works must be created by the same author and the group may not include works created by more than one author, (6) the author must be named as the copyright claimant for each work, and (7) the authorship claimed in each work must be limited to "two-dimensional artwork."